| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Juno USA, LP** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | Juno Lab, L.P. |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-4295772** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **One World Trade Center**<br>**Suite 84A**<br>**New York, NY 10007**<br>Number, Street, City, State & ZIP Code | **74 West Long Lake Road**<br>**Suite 205**<br>**Bloomfield Hills, MI 48304**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.gojuno.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Juno USA, LP**                                    Case number (*if known*)
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4859__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Annex 1**                                Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                              page 2

Debtor **Juno USA, LP**  Case number (*if known*)
     Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ■ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Juno USA, LP
          Name                                                          Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 19, 2019**
               MM / DD / YYYY

X  *Melissa S. Kibler* (signature)                Melissa S. Kibler
   Signature of authorized representative of debtor   Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X  (signature)                                    Date   **November 19, 2019**
   Signature of attorney for debtor                      MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 295-0191**    Email address   **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

# ANNEX 1

<u>**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**</u>

On the date hereof, each of the entities listed below (collectively, the "**Debtors**") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their cases, with the lead case number assigned to the chapter 11 case of Juno USA, LP.

- Juno USA, LP
- Sabo One LLC
- Juno Oregon LLC
- Vulcan Cars LLC
- GT Forge, Inc.
- Omaha LLC

# WRITTEN CONSENT OF
# THE GENERAL PARTNER
# OF JUNO USA, LP

**November 19, 2019**

In accordance with Section 17-405(d) of the Delaware Revised Uniform Limited Partnership Act, as amended, and the Agreement of Limited Partnership of Juno USA, LP, a Delaware limited partnership (the "**Company**"), the undersigned, being the General Partner (the "**General Partner**") of the Company, does hereby consent to the adoption of, and does hereby adopt, the following written resolutions, to the actions set forth below, and directs that this written resolutions ("**Resolutions**") be filed with the minutes and proceedings of the Company:

WHEREAS, on October 8, 2019, the General Partner authorized the wind-down of the operations of the Company;

WHEREAS, contemporaneously with the execution of this Consent, the General Partner's and the Company's indirect parent company, GT Gettaxi Limited, a company organized under the laws of the Republic of Cyprus (the "**Parent**"), appointed Melissa S. Kibler from Mackinac Partners, LLC to serve as the chief restructuring officer (the "**Chief Restructuring Officer**") of the General Partner and Company;

WHEREAS, as of November 13, 2019, David Eaton was appointed to be the sole director (the "**Director**") of the General Partner;

WHEREAS, the General Partner has considered the views and recommendations of the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business; and

WHEREAS, the General Partner has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

## CHAPTER 11 FILING

NOW, THEREFORE, IT IS RESOLVED, that in the judgment of the General Partner, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "**Chapter 11 Cases**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and it is further

RESOLVED, that any officer duly authorized by the Company, the Director, or the Chief Restructuring Officer (collectively, the "**Authorized Officers**") are, and each of them hereby is, authorized, directed, and empowered on behalf of the Company to execute and verify a Petition in

the name of the Company under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Officers shall determine; and it is further

RESOLVED, that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

RESOLVED, that the Authorized Officers, and each of them, with full authority to act without others, hereby are, authorized and directed to obtain postpetition financing and/or use of cash collateral according to the terms negotiated and approved by the Authorized Officers, including under one or more debtor-in-possession credit facilities; and to enter into any guarantees and to pledge and grant liens on the Company's assets as contemplated by or required under the terms of such postpetition financing; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate loan agreements and related ancillary documents; and it is further

RESOLVED, that the Authorized Officers, and each of them, with full authority to act without others, hereby are, authorized and directed to work with the Company's advisors to effectuate a restructuring under section 1129 of the Bankruptcy Code, and to file all necessary motions and papers in the United States Bankruptcy Court for the District of Delaware to obtain approval of such restructuring, according to the terms negotiated and approved by the Authorized Officers; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate agreements and related ancillary documents; and it is further

RESOLVED, that the Authorized Officers, and each of them, with full authority to act without others, hereby are, and any employees or agents (including counsel) designated by or directed by such Authorized Officers, be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as any Authorized Officer deems appropriate to enter into, to execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper, and desirable to prosecute to a successful completion the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

**RETENTION OF PROFESSIONALS**

IT IS FURTHER RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Chipman Brown Cicero & Cole, LLP; and it is further

RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Mackinac Partners, LLC to represent and assist the Chief Restructuring Officer and the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Mackinac Partners, LLC; and it is further

RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Omni Agent Solutions as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Omni Agent Solutions; and it is further

RESOLVED, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

RESOLVED, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

**GENERAL**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that the General Partner has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the General Partner; and it is further

RESOLVED, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by this Consent as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

**IN WITNESS WHEREOF**, the undersigned being the General Partner of the Company has executed this Resolutions as of the date first written above.

> GT FORGE, INC., a Delaware corporation, as the General Partner of Juno USA, LP
>
> By: _____
> Name: David Eaton
> Title: Sole Director

*[Signature Page to the Resolutions of the General Partner of Juno USA, LP]*

| Debtor name | Juno USA, LP |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE** | |
| Case No. (If known) | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sberbank Investments  Molodezhynaya Ul 46  Odintsovo, Moscow Region  Russia | Sberbank Investments  c/o Herbert Smith Freehills CIS LLP  Attn: Ilsur Mavlekeev  Tel: +7 495 363 6500 | Bank Loan | Contingent | | | $171,300,000.00 |
| 2 | Talkdesk, Inc  535 Mission St, 12th Fl  San Francisco, CA 94105 | Talkdesk, Inc  Attn: Nuno Correia  Email: nuno.correia@talkdesk.com | Vendor | | | | $159,240.80 |
| 3 | TapTica, Inc  121 Ha'chashmonaim St, 2nd Fl  Tel Aviv, 6713328  Israel | TapTica, Inc  Attn: Nitzan Rochman  Tel: +972-3-5453900  Email: nitzan.r@taptica.com | Vendor | | | | $39,024.00 |
| 4 | Windels Marx Lane & Mittendorf, LLP  156 W 56th St  New York, NY 10019 | Windels Marx Lane & Mittendorf, LLP  Attn: Dina Ramos  Tel: 212-237-1112 | Professional services | | | | $33,668.09 |
| 5 | Sift Science  123 Mission St, Ste 2000  San Francisco, CA 94105 | Sift Science  Attn: Peter Nishinaga  Email: pnishinaga@siftscience.com | Vendor | | | | $28,254.06 |

**Debtor name**  Juno USA, LP                             Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  AppsFlyer, Inc<br>100 1st St, Ste 2500<br>San Francisco, CA 94105 | AppsFlyer, Inc<br>Attn: Ben Meier<br>Email: ben.meier@appsflyer.com | Vendor | | | | $19,598.40 |
| 7  Anodot Ltd<br>16 Hatidhar St<br>Ra'anana, 4366518<br>Israel | Anodot Ltd<br>Attn: Amir Kupervas<br>Email: amir@anodot.com | Vendor | | | | $15,000.00 |
| 8  Doit International USA, Inc<br>640 W California Ave, Ste 210<br>Sunnyvale, CA 94086 | Doit International USA, Inc<br>Attn: R. Rotschild; Liran; E. Greaves; D. Offir<br>Email: ranr@doit-intl.com; liran@doit-intl.com; egreaves@zendesk.com; doron.offir@doit-intl.com | Vendor | | | | $10,279.59 |
| 9  TeleSign Corp<br>13274 Fiji Way, Ste 600<br>Marina Del Rey, CA 90292 | TeleSign Corp<br>Attn: Lena Ellingboe<br>Email: lellingboe@telesign.com | Vendor | | | | $8,303.76 |
| 10  Liftoff Mobile, Inc<br>151 University Ave<br>Palo Alto, CA 94301 | Liftoff Mobile, Inc<br>Attn: Pat Clayton<br>Email: info@liftoff.io | Vendor | | | | $7,862.23 |
| 11  ADP, LLC<br>1 ADP Blvd<br>Roseland, NJ 07068 | ADP, LLC<br>Attn: Alicia Capparucci<br>Tel: 855-547-8508<br>Email: alicia.capparucci@adp.com | Vendor | | | | $4,000.00 |

**Debtor name**  Juno USA, LP                                    Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12  Sonatype, Inc<br>8161 Maple Lawn Blvd, Ste 250<br>Fulton, MD 20759 | Sonatype, Inc<br>Attn: Dave Miller<br>Tel: 301-684-8080<br>Email: info@sonatype.com | Vendor | | | | $3,000.00 |
| 13  RVM Enterprises, LLC<br>525 Washington Blvd, Ste 910<br>Jersey City, NJ 07310 | RVM Enterprises, LLC<br>Attn: Judith Mines<br>Tel: 212-693-1525 | Vendor | | | | $1,652.00 |
| 14  4Over4<br>1941 46th St<br>Astoria, NY 11105 | 4Over4<br>Tel: 718-932-2700<br>Email: support@4over4.com | Vendor | | | | $1,500.00 |
| 15  Wageworks, Inc<br>1100 Park Pl, 4th Fl<br>San Mateo, CA 94403 | Wageworks, Inc<br>Attn: Jennifer Millar<br>Email: Jennifer.millar@wageworks.com | Vendor | | | | $1,455.48 |
| 16  Mohamed Razzak<br>c/o Held Hines<br>2004 Ralph Ave<br>Brooklyn, NY 11234 | Mohamed Razzak<br>Attn: Philip M Hines<br>Tel: 718-531-9700<br>Email: phines@heldhines.com | Litigation | Contingent, Unliquidated & Disputed | | | Unknown |
| 17  Yusef Abdelhamid<br>c/o Held Hines<br>2004 Ralph Ave<br>Brooklyn, NY 11234 | Yusef Abdelhamid<br>Attn: Philip M Hines<br>Tel: 718-531-9700<br>Email: phines@heldhines.com | Litigation | Contingent, Unliquidated & Disputed | | | Unknown |
| 18  Geographic Location Innovations<br>c/o Stamoulis & Weinblatt<br>800 N West St, 3rd Fl<br>Wilmington, DE 19801 | Geographic Location Innovations<br>Attn: Stamatios Stamoulis<br>Tel: 302-999-1540<br>Email: weinblatt@swdelaw.com | Litigation | Contingent, Unliquidated & Disputed | | | Unknown |

**Debtor name** Juno USA, LP    Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  Hailo Technologies<br>c/o Pazuniak Law Office<br>901 N Market St, Ste 100<br>Wilmington, DE 19801 | Hailo Technologies<br>Attn: George Pazuniak<br>Tel: 302-478-4230<br>Email: gp@del-iplaw.com | Litigation | Contingent, Unliquidated & Disputed | | | Unknown |
| 20  Rideapp, Inc.<br>c/o Kasowitz Benson Torres<br>1633 Broadway<br>New York, NY 10019 | Rideapp, Inc.<br>Attn: Andrew Rogers Kurland<br>Tel: 212-506-3306 | Litigation | Contingent, Unliquidated & Disputed | | | Unknown |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-XXXXX (XXX) |
| Debtors. | (*Joint Administration Requested*) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Juno USA, LP certifies that the following corporate entity directly owns 10% or more of Juno USA, LP's equity interest.

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| GT Forge, Inc. | 100% |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656). The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-XXXXX (XXX) |
| Debtors. | (*Joint Administration Requested*) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Juno USA, LP hereby provides the following list of holders of equity interests:

| NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST HELD | PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| GT Forge, Inc.<br>One World Trade Center, Suite 84A<br>New York, NY 10007 | General Partner Interest | 100% |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656). The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

**Fill in this information to identify the case:**

Debtor name: **Juno USA, LP**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 19, 2019**    x  /s/ Melissa S. Kibler
Signature of individual signing on behalf of debtor

**Melissa S. Kibler**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor