# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-12484 (MFW) |
| Debtors. | (*Joint Administration Requested*) |

**NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; NOTICE AND AGENDA OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR NOVEMBER 21, 2019 AT 10:00 A.M. (*PREVAILING* EASTERN TIME)** [2]

**PLEASE TAKE NOTICE** that, on November 19, 2019, the above-captioned debtors and their affiliated debtors-in-possession (collectively, the "**Debtors**"), by and through their *proposed* undersigned counsel, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**"), as set forth below:

**A.    VOLUNTARY PETITIONS**

1. Juno USA, LP — Case No. 19-12484 (MFW)

2. GT Forge, Inc. — Case No. 19-12486 (MFW)

3. Sabo One LLC — Case No. 19-12487 (MFW)

4. Juno Oregon LLC — Case No. 19-12488 (MFW)

5. Vulcan Cars LLC — Case No. 19-12490 (MFW)

6. Omaha LLC — Case No. 19-12491 (MFW)

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656). The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

[2]    Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of their voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "**First Day Motions**"):

**B.    FIRST DAY PLEADINGS**[3]

1. Motion of the Debtors for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 4];

2. Motion of the Debtors for Entry of Interim and Final Orders (a) Authorizing the Continued Use of the Debtors' Cash Management System, (b) Authorizing Continued Transfers Among Debtors and Non-Debtor Affiliates, and (c) Scheduling a Final Hearing on the Motion [Docket No. 5];

3. Motion of the Debtors for Entry of an Order Limiting Service [Docket No. 6];

4. Motion of the Debtors for Entry of an Order (i) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for each Debtor, and (ii) to File a Consolidated List of the Debtors' Twenty (20) Largest Unsecured Creditors [Docket No. 7];

5. Application of the Debtors for Entry of an Order Appointing Omni Agent Solutions, Inc. as Claims and Noticing Agent [Docket No. 8];

6. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Continue their Insurance Policies and Pay Prepetition and Postpetition Obligations in Respect Thereof [Docket No. 10];

7. Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing the Debtors to Pay Certain Prepetition Taxes and (ii) Granting Related Relief [Docket No. 11];

8. Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief [Docket No. 14];

9. Motion of the Debtors for Interim and Final Order (i) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation, (ii) Authorizing the Continuation of Employee Benefits Programs, (iii) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (iv) Granting Related Relief [Docket No. 15].

---

[3]  Docket references refer to the Docket of Case No. 19-12484 (MFW).

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of their voluntary petitions and First Day Motions, the Debtors have filed:

1. Declaration of Melissa S. Kibler in Support of First Day Motions [Docket No. 3].

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") with respect to the First Day Motions is scheduled for **November 21, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all petitions, motions and pleadings identified herein are available on the website of the Debtors' proposed claims agent at https://omniagent.com/juno.

| | |
|---|---|
| Dated: November 20, 2019<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ William E. Chipman, Jr.<br>William E. Chipman, Jr. (No. 3818)<br>Mark L. Desgrosseilliers (No. 4083)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:          chipman@chipmanbrown.com<br>                    desgross@chipmanbrown.com<br>                    olivere@chipmanbrown.com<br><br>*Proposed Counsel to the Debtors and Debtors-In-Possession* |