IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JUNO USA, LP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12484 (MFW)<br><br>(Joint Administration Requested) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Anthony P. Robinson, am employed in the county of Los Angeles, State of California. I hereby certify that on December 9, 2019, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Filing of Bankruptcy Petitions and Related Pleadings; Notice and Agenda of Hearing on First Day Motions Scheduled for November 21, 2019 at 10:00 A.M.[2] (*Prevailing* Eastern Time) [Docket No. 20]**

Dated: December 10, 2019

Anthony P. Robinson
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2019, by Anthony P. Robinson, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656). The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

# **EXHIBIT A**

USI INSURANCE SERVICES
ATTN: SCOTT ROBINS
190 RIVER RD, ST 101
SUMMIT, NJ 07901

Parties Served: 1