# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-12484 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2019 AT 10:30 A.M. (*PREVAILING* EASTERN TIME)[3]

## I.  MATTERS FILED UNDER CERTIFICATE OF NO OBJECTION:

1.  Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date, filed on November 27, 2019 [Docket No. 46].

   Objection Deadline:  December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Office of the United States Trustee (the "**U.S. Trustee**") was given an extension of time to respond until December 13, 2019 at 5:00 p.m. (*prevailing* Eastern Time). The Official Committee of Unsecured Creditors (the "**Committee**") was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received:  Informal comments were received from the U.S. Trustee.

   Related Pleadings:

   A.  Supplemental Declaration of William E. Chipman, Jr. in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date, filed on December 10, 2019 [Docket No. 65].

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656).  The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

[2]  All amended items are identified in **bold**.

[3]  The hearing will be held before the Honorable Mary F. Walrath, the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at (866) 582-6878.

    B.      Omnibus Certificate of No Objection, filed on December 13, 2019 [Docket No. 75].

**C.      Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date, entered on December 17, 2019 [Docket No. 84].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

2.      Debtors' Motion for Authority to Retain, Employ and Compensate Certain Professionals Used in the Ordinary Course of Business, filed on November 27, 2019 [Docket No. 47].

Objection Deadline: December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: Informal comments were received from the Committee.

Related Pleadings:

    A.      Omnibus Certificate of No Objection, filed on December 13, 2019 [Docket No. 75].

**B.      Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Used in the Ordinary Course of Business, entered on December 17, 2019 [Docket No. 85].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

3.      Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, filed on November 27, 2019 [Docket No. 48].

Objection Deadline: December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received: Informal comments were received from the Committee.

Related Pleadings:

    A.      Omnibus Certificate of No Objection, filed on December 13, 2019 [Docket No. 75].

**B.      Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on December 17, 2019 [Docket No. 86].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

4.      Motion of the Debtors for Entry of an Order (i) Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (ii) Granting Related Relief, filed on November 27, 2019 [Docket No. 49].

Objection Deadline:    December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:  None.

Related Pleadings:

A.      Omnibus Certificate of No Objection, filed on December 13, 2019 [Docket No. 75].

**B.      Order (i) Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (ii) Granting Related Relief, entered on December 17, 2019 [Docket No. 87].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

5.      Application of the Debtors for Entry of an Order Appointing Omni Agent Solutions, Inc. as Administrative Agent for the Debtor *Nunc Pro Tunc* to the Petition Date, filed on November 27, 2019 [Docket No. 51].

Objection Deadline:    December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The U.S. Trustee was given an extension of time to respond until December 13, 2019 at 5:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:  Informal comments were received from the U.S. Trustee.

Related Pleadings:

A.      Supplemental Declaration of Paul H. Deutch in Support of Debtors' Application for an Order Appointing Omni Agent Solutions, Inc. as Administrative Agent for the Debtor *Nunc Pro Tunc* to the Petition Date, filed on December 12, 2019 [Docket No. 68].

B.      Omnibus Certificate of No Objection, filed on December 13, 2019 [Docket No. 75].

**C.      Order Authorizing the Employment and Retention of Omni Agent Solutions, Inc. as Administrative Agent for the Debtor *Nunc Pro Tunc* to the Petition Date, filed on December 17, 2019 [Docket No. 88].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

## II.    MATTERS FILED UNDER CERTIFICATION OF COUNSEL:

6.    Motion of the Debtors for Entry of Interim and Final Orders (a) Authorizing the Continued Use of the Debtors' Cash Management System, (b) Authorizing Continued Transfers Among Debtors and Non-Debtor Affiliates, and (c) Scheduling a Final Hearing on the Motion, filed on November 19, 2019 [Docket No. 5].

Objection Deadline:    December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:    Informal comments were received from the U.S. Trustee.

Related Pleadings:

A.    *Interim* Order (a) Authorizing the Continued Use of the Debtors' Cash Management System, (b) Authorizing Continued Transfers Among Debtors and Non-Debtor Affiliates, and (c) Scheduling a Final Hearing on the Motion, entered on November 21, 2019 [Docket No. 23].

B.    Notice of Motions and Hearing, filed on November 21, 2019 [Docket No. 32].

C.    Certification of Counsel Regarding Final Order (a) Authorizing the Continued Use of the Debtors' Cash Management System and (b) Authorizing Continued Transfers Among Debtors and Non-Debtor Affiliates, filed on December 13, 2019 [Docket No. 77].

D.    ***Final* Order (a) Authorizing the Continued Use of the Debtors' Cash Management System and (b) Authorizing Continued Transfers Among Debtors and Non-Debtor Affiliates, entered on December 17, 2019 [Docket No. 89].**

Status:    **The order has been entered. Therefore, no hearing is necessary.**

7.    Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing the Debtors to Pay Certain Prepetition Taxes and (ii) Granting Related Relief, filed on November 19, 2019 [Docket No. 11].

Objection Deadline:    December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:    Informal comments were received from the Committee.

Related Pleadings:

A.    *Interim* Order (i) Authorizing the Debtors to Pay Certain Prepetition Taxes and (ii) Granting Related Relief, entered on November 21, 2019 [Docket No. 28].

    B.     Notice of Motions and Hearing, filed on November 21, 2019 [Docket No. 32].

    C.     Certification of Counsel Regarding *Final* Order (i) Authorizing the Debtors to Pay Certain Prepetition Taxes and (ii) Granting Related Relief, filed on December 13, 2019 [Docket No. 76].

    **D.**     ***Final* Order (i) Authorizing the Debtors to Pay Certain Prepetition Taxes and (ii) Granting Related Relief, entered on December 17, 2019 [Docket No. 90].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

8.     Motion of the Debtors for Entry of an Order (i) Authorizing the Debtors to Reject Corporate Apartment Lease *Nunc Pro Tunc* to the Petition Date and (ii) Granting Related Relief, filed on November 19, 2019 [Docket No. 16].

Objection Deadline:    December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:  Informal comments were received from the Committee.

Related Pleadings:

    A.     Notice of Motion of the Debtors for Entry of an Order (i) Authorizing the Debtors to Reject Corporate Apartment Lease *Nunc Pro Tunc* to the Petition Date and (ii) Granting Related Relief, filed on November 21, 2019 [Docket No. 36].

    B.     Certification of Counsel Regarding Order (i) Authorizing the Debtors to reject Corporate Apartment Lease *Nunc Pro Tunc* to the Petition Date and (ii) Granting Related Relief, filed on December 13, 2019 [Docket No. 78].

    **C.**     **Order (i) Authorizing the Debtors to Reject Corporate Apartment Lease *Nunc Pro Tunc* to the Petition Date and (ii) Granting Related Relief, entered on December 17, 2019 [Docket No. 91].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

9.     Motion of the Debtors for Entry of an Order (i) Authorizing the Debtors to (a) Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (b) Abandon Certain Personal Property in Connection Therewith, and (ii) Granting Related Relief, filed on November 19, 2019 [Docket No. 17].

Objection Deadline:    December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:  Informal comments were received from Madison-OFC One Main Place OR LLC, and WTC Tower 1 LLC (the "**Landlords**") and the Committee.

Related Pleadings:

A.     Notice of Motion of the Debtors for Entry of an Order (i) Authorizing the Debtors to (a) Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (b) Abandon Certain Personal Property in Connection Therewith, and (ii) Granting Related Relief, filed on November 21, 2019 [Docket No. 37].

B.     Certification of Counsel Regarding Order (i) Authorizing the Debtors to (a) Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (b) Abandon Certain Personal Property in Connection Therewith, and (ii) Granting Related Relief, filed on December 13, 2019 [Docket No. 79].

C.     **Order (i) Authorizing the Debtors to (a) Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (b) Abandon Certain Personal Property in Connection Therewith, and (ii) Granting Related Relief, entered on December 17, 2019 [Docket No. 92].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

10.     Motion for an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Authorizing the Debtors to Retain Mackinac Partners, LLC as Their Restructuring Advisor and Designating Melissa S. Kibler as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date, and Approving the Agreement Related Thereto, filed on November 27, 2019 [Docket No. 52].

Objection Deadline:  December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The U.S. Trustee was given an extension of time to respond until December 13, 2019 at 5:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:  Informal comments were received from the U.S. Trustee and the Committee.

Related Pleadings:

A.     Certification of Counsel Regarding Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Authorizing the Debtors to Retain Mackinac Partners, LLC as Their Restructuring Advisor and Designating Melissa S. Kibler as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date, and Approving the Agreement Related Thereto, filed on December 13, 2019 [Docket No. 80].

**B.**      **Order Approving the Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Authorizing the Debtors to Retain Mackinac Partners, LLC as Their Restructuring Advisor and Designating Melissa S. Kibler as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date, and Approving the Agreement Related Thereto, entered on December 17, 2019 [Docket No. 93].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

**III.      CONTESTED MATTERS GOING FORWARD:**

11.      Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief, filed on November 19, 2019 [Docket No. 14].

Objection Deadline:   December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:

A.      Official Committee of Unsecured Creditors' Preliminary Objection to the Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief, filed on December 13, 2019 [Docket No. 73].

Related Pleadings:

A.      *Interim* Order (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Debtors to Use Cash Collateral, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief, entered on November 21, 2019 [Docket No. 29].

B.      Notice of Motions and Hearing, filed on November 21, 2019 [Docket No. 32].

C.      Debtors' Statement and Response to the Official Committee of Unsecured Creditors' Preliminary Objection to Debtors' Post-Petition Financing Motion, filed on December 16, 2019 [Docket No. 81].

Status: This matter will go forward on a further interim basis.  The Debtors' request an adjournment of the final hearing until the omnibus hearing currently scheduled for January 21, 2020 at 11:30 a.m. (*prevailing* Eastern Time).

12.     Motion of the Debtors for Interim and Final Order (i) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation, (ii) Authorizing the Continuation of Employee Benefits Programs, (iii) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (iv) Granting Related Relief, filed on November 19, 2019 [Docket No. 15].

Objection Deadline:     December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:

A.     Official Committee of Unsecured Creditors' Limited Objection to the Motion of the Debtors for Interim and Final Order (i) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation, (ii) Authorizing the Continuation of Employee Benefits Programs, (iii) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (iv) Granting Related Relief, filed on December 13, 2019 [Docket No. 74].

Related Pleadings:

A.     *Interim* Order (i) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation, (ii) Authorizing the Continuation of Employee Benefits Programs, (iii) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (iv) Granting Related Relief, entered on November 21, 2019 [Docket No. 29].

B.     Notice of Motions and Hearing, filed on November 21, 2019 [Docket No. 32].

Status: This matter will go forward.

13.     Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof, filed on November 27, 2019 [Docket No. 50].

Objection Deadline:     December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

Responses Received:  Informal comments were received from the Committee.

Related Pleadings:     None.

<u>Status</u>: The Debtors' are working with the Committee to resolve their informal comments. A revised form of order will be submitted prior to or at the hearing.

Dated: December 17, 2019  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

_/s/ William E. Chipman, Jr._

William E. Chipman, Jr. (No. 3818)  
Mark L. Desgrosseilliers (No. 4083)  
Mark D. Olivere (No. 4291)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Facsimile:    (302) 295-0199  
Email:     chipman@chipmanbrown.com  
           desgross@chipmanbrown.com  
           olivere@chipmanbrown.com

_Counsel to the Debtors and Debtors-In-Possession_