**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-12484 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 21, 2020 AT 11:30 A.M. (*PREVAILING* EASTERN TIME)[3]**

**I.   CONTINUED MATTER:**

1. Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief, filed on November 19, 2019 [Docket No. 14].

    Objection Deadline:   December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:

    A.   Official Committee of Unsecured Creditors' Preliminary Objection to the Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief, filed on December 13, 2019 [Docket No. 73].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656). The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

[2] All amended items appear in **bold.**

[3] The hearing will be held before the Honorable Mary F. Walrath, the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at (866) 582-6878.

Related Pleadings:

A. *Interim* Order (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Debtors to Use Cash Collateral, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief, entered on November 21, 2019 [Docket No. 29].

B. Notice of Motions and Hearing, filed on November 21, 2019 [Docket No. 32].

C. Debtors' Statement and Response to the Official Committee of Unsecured Creditors' Preliminary Objection to Debtors' Post-Petition Financing Motion, filed on December 16, 2019 [Docket No. 81].

D. *Second Interim* Order (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Debtors to Use Cash Collateral, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief, entered on December 18, 2019 [Docket No. 105].

Status: This matter is adjourned until the omnibus hearing currently scheduled for February 5, 2020 at 11:30 a.m. (*prevailing* Eastern Time).

II. **MATTERS FILED UNDER CERTIFICATE OF NO OBJECTION:**

2. Application Pursuant to Fed. R. Bankr. P. 2014(a) for Entry of an Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 3, 2019, filed on December 16, 2019 [Docket No. 83].

   Objection Deadline:   December 30, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received:  None.

   Related Pleadings:

   A. Certificate of No Objection, filed on January 2, 2020 [Docket No. 132].

   Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise directed by the Court.

3. Motion of Debtors for Entry of an Order (i) Authorizing the Debtors to (a) Reject Unexpired Lease of Nonresidential Real Property and Related Sublease *Nunc Pro Tunc* to the Rejection Date, (b) Abandon Any Personal Property in Connection Therewith, and (ii) Granting Related Relief, filed on December 19, 2019 [Docket No. 110].

   Objection Deadline:   January 14, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

   Responses Received:  None.

<u>Related Pleadings</u>:

A. Certificate of No Objection, filed on January 15, 2020 [Docket No. 162].

<u>Status</u>: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise directed by the Court.

4. Application for an Order Authorizing the Employment and Retention of Arent Fox LLP as Counsel for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 3, 2019, filed on December 31, 2019 [Docket No. 127].

<u>Objection Deadline</u>: January 14, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

<u>Responses Received</u>: None.

<u>Related Pleadings</u>:

A. Certificate of No Objection, filed on January 15, 2020 [Docket No. 163].

<u>Status</u>: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise directed by the Court.

5. Application for an Order Authorizing and Approving the Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 3, 2019, filed on December 31, 2019 [Docket No. 128].

<u>Objection Deadline</u>: January 14, 2020 at 4:00 p.m. (*prevailing* Eastern Time).

<u>Responses Received</u>: None.

<u>Related Pleadings</u>:

A. Certificate of No Objection, filed on January 15, 2020 [Docket No. 164].

<u>Status</u>: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise directed by the Court.

**III.   CONTESTED MATTER GOING FORWARD:**

6. The Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination and Production of Documents by the Debtors, GT Gettaxi Limited, DooBoo Holding Limited, Juno Lab BV, Juno Lab LLC, and Juno Lab Ltd., filed on January 8, 2020 [Docket No. 140].

<u>Objection Deadline</u>: January 17, 2020 at 4:00 p.m. (*prevailing* Eastern Time). **The Debtors, GT Gettaxi Limited, DooBoo Holding Limited, Juno**

**Lab BV, Juno Lab LLC, and Juno Lab Ltd. were given an extension of time to respond until January 20, 2020 at 12:00 p.m. (*prevailing* Eastern Time).**

Responses Received:  None.

Related Pleadings:

A.  Order Shortening the Notice Period with Respect to the Official Committee of Unsecured Creditors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination and Production of Documents by the Debtors, GT Gettaxi Limited, DooBoo Holding Limited, Juno Lab BV, Juno Lab LLC, and Juno Lab Ltd., entered on January 9, 2020 [Docket No. 143].

B.  Notice of Motion, filed on January 9, 2020 [Docket No. 148].

Status: This matter will go forward.

Dated: January 16, 2020
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:     (302) 295-0199
Email:          chipman@chipmanbrown.com
                desgross@chipmanbrown.com
                olivere@chipmanbrown.com

*Counsel to the Debtors and Debtors-In-Possession*