**United States Bankruptcy Court**
**For District Of Delaware**

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Monthly Operating Report**
**File with Court and submit copy to United States Trustee**

| Required Documents | Form No. | Document Attached | Supplement Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | **MOR-1** | **No** |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | **MOR-1a** | **No** |
| Schedule of Professional Fees Paid | MOR-1b | **MOR-1b** | **No** |
| Copies of bank statements | | **N/A** | **No** |
| Cash disbursements journals | | **N/A** | **No** |
| Statement of Operations | MOR-2 | **MOR-2/2a** | **No** |
| Balance Sheet | MOR-3 | **MOR-3** | **No** |
| Status of Postpetition Taxes | MOR-4 | **MOR-4** | **No** |
| Copies of IRS Form 6123 or payment receipt | | **N/A** | **No** |
| Copies of tax returns filed during reporting period | | **N/A** | **Attachments 1/2** |
| Summary of Unpaid Postpetition Debts | MOR-4 | **MOR-4** | **No** |
| Listing of aged accounts payable | MOR-4 | **MOR-4** | **No** |
| Accounts Receivable Reconciliation and Aging | MOR-5 | **MOR-5a** | **No** |
| Debtor Questionnaire | MOR-5 | **MOR-5b** | **No** |

*The undersigned, on behalf of the debtors and debtors in possession (collectively, the "Debtors"), hereby certifies as follows:*

*(1) I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.*

*(2) Attached as MOR-1a is a listing of the Debtors' bank accounts, by account number, and the opening and closing balances for the reported period. Such accounts were reconciled in accordance with the Debtors' ordinary course accounting practices during the reported period.*

*(3) To the best of my knowledge and belief, as of this reporting period the Debtors are current on all post-petition taxes, and no post-petition tax amounts are past due.*

______________________________ ______________________________
Signature of Debtor Date

______________________________ ______________________________
Signature of Joint Debtor Date

Melissa S. Kibler **1/23/2020**
Signature of Authorized Individual* Date

**Melissa S. Kibler** **Chief Restructuring Officer**
Printed Name of Authorized Individual Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Submit copy of report to any official committee appointed in the case.

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Schedule Of Cash Receipts And Disbursements**

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1).

| | Current Month (Book) | | Current Month Total | | Cumulative Total | |
|---|---|---|---|---|---|---|
| | Operating | Payroll/ADP | Actual | Projected [1] | Actual | Projected [1] |
| **Beginning Cash Balance** | **$ 983,484** | **$ 27,474** | **$ 1,010,958** | **$ 933,844** | **$ 736,605** | **$ 746,825** |
| ***Cash Receipts:*** | | | | | | |
| Receivables | 56,964 | - | 56,964 | - | 1,052,027 | 800,000 |
| Sublet Rent | - | - | - | 10,071 | - | 10,071 |
| Asset Sale Proceeds | - | - | - | 75,000 | - | 75,000 |
| Intradebtor Transfers | - | 43,550 | 43,550 | - | 59,444 | - |
| Other | 10,906 | - | 10,906 | - | 38,208 | 25,000 |
| **Total Cash Receipts** | **67,870** | **43,550** | **111,420** | **85,071** | **1,149,680** | **910,071** |
| ***Cash Disbursements:*** | | | | | | |
| Rent | (15,612) | - | (15,612) | (15,000) | (18,522) | (15,000) |
| Payroll | (201,429) | (71,024) | (272,453) | (300,184) | (373,102) | (436,002) |
| Taxes/Fees | - | - | - | (300,000) | (636,949) | (1,000,000) |
| Other Vendors | (31,784) | - | (31,784) | (88,000) | (39,288) | (140,163) |
| Professional Fees | (15,000) | - | (15,000) | (250,000) | (15,000) | (250,000) |
| US Trustee Fees | - | - | - | - | - | - |
| Interest and Fees | - | - | - | - | - | - |
| Debt Repayment | - | - | - | - | - | - |
| Intradebtor Transfers | (43,550) | - | (43,550) | - | (59,444) | - |
| **Total Cash Disbursements** | **(307,374)** | **(71,024)** | **(378,399)** | **(953,184)** | **(1,142,305)** | **(1,841,165)** |
| **Total Borrowings Under DIP Facility** | **-** | **-** | **-** | **100,000** | **-** | **350,000** |
| Net Change in Cash | (239,504) | (27,474) | (266,978) | (768,113) | 7,375 | (581,094) |
| **Ending Cash Balance** | **743,980** | **-** | **743,980** | **165,730** | **743,980** | **165,730** |
| ***Quarterly UST Fee Calculation:*** | | | | | | |
| Total Cash Disbursements | (307,374) | (71,024) | (378,399) | (953,184) | (1,142,305) | (1,841,165) |
| **Less:** Transfers To DIP Accounts | 43,550 | - | 43,550 | - | 59,444 | - |
| **Plus:** Outside Estate Disbursements | - | - | - | - | - | - |
| **Final Disbursements Amount** | **$ (263,824)** | **$ (71,024)** | **$ (334,848)** | **$ (953,184)** | **$ (1,082,860)** | **$ (1,841,165)** |

**Notes:** -

[1] Projections were prepared on a bank (vs. book) basis.

| Debtor Entities Without Disbursements: | Case Number: |
|---|---|
| Sabo One LLC | 19-12487 |
| Omaha LLC | 19-12491 |

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Bank Account Listing**

Below is a listing of the Debtors' bank accounts, by account number, and the opening and closing balances for the reported period.

| Debtor Entity Name | Account Type | Account Name | Last Four Digits Of Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|---|---|
| Juno USA, LP | Checking | Juno USA - Operating Account (Citi) | 4324 | $934,645 | $708,556 |
| Juno Oregon LLC | Checking | Juno Oregon - Operating Account (Citi) | 8448 | $1,340 | $1,325 |
| Juno Oregon LLC | Zero Balance Payroll | Juno Oregon - Payroll Account (Citi) | 5095 | $0 | $0 |
| Vulcan Cars LLC | Checking | Vulcan - Operating Account (Citi) | 1269 | $8,638 | $8,608 |
| GT Forge, Inc | Checking | GT Forge - Operating Account (Chase) | 0805 | $38,645 | $25,491 |
| Juno USA, LP | Petty Cash | N/A | N/A | $216 | $0 |
| **Total Unrestricted Cash** | | | | **$983,484** | **$743,980** |
| | | | | | |
| Juno USA, LP | Payroll Prefunding | Deposit (ADP) | N/A | $27,474 | $0 |
| **Total Available Cash** | | | | **$1,010,958** | **$743,980** |
| | | | | | |
| Juno USA, LP [1] | Certificate of Deposit (30 Day) | Juno USA - Money Market Account (Citi) | 3936 | $795,707 | $795,864 |
| **Total Restricted Cash** | | | | **$795,707** | **$795,864** |
| | | | | | |
| **Total Cash** | | | | **$1,806,666** | **$1,539,844** |

**Notes:**
[1] Cash collateral for standby letters of credit.

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Schedule Of Professional Fees And Expenses Paid**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payment Method | Payment Reference / Number | Payment Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Chipman Brown Cicero & Cole | | N/A | | | | | | | |
| Omni Agent Solutions | | N/A | | | | | | | |

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Statement of Operations**
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| Revenues | Juno USA, LP | Juno Oregon LLC | GT Forge, Inc. | Vulcan Cars LLC | Sabo One LLC | Omaha LLC | December Total | Cumulative Filing to Date [1] |
|---|---|---|---|---|---|---|---|---|
| ***Revenue:*** | | | | | | | | |
| Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Sales** | | | | | | | - | - |
| ***Cost of Sales:*** | | | | | | | | |
| Driver Payments | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | - | - | - | - | - | - | - | - |
| **Operating Margin** | - | - | - | - | - | - | - | - |
| ***Operating Expenses:*** | | | | | | | | |
| Payroll and related | (17,454) | - | - | - | - | - | (17,454) | (46,673) |
| Consulting and subcontractors | (4,433) | - | 15,000 | - | - | - | 10,567 | (6,075) |
| Hosting data and web services | (19,473) | - | - | - | - | - | (19,473) | (31,800) |
| Communication | - | - | - | - | - | - | - | (140) |
| Insurance | (4,884) | (266) | (470) | - | - | - | (5,620) | (7,637) |
| Rent | (2,448) | - | - | - | - | - | (2,448) | (2,448) |
| Supplies | (367) | - | - | - | - | - | (367) | (367) |
| **Total Operating Expenses Before Depreciation** | **(49,059)** | **(266)** | **14,530** | **-** | **-** | **-** | **(34,795)** | **(95,140)** |
| Depreciation & Amortization | - | - | - | - | - | - | - | - |
| **Total Operating Expenses Before Depreciation** | **(49,059)** | **(266)** | **14,530** | **-** | **-** | **-** | **(34,795)** | **(95,140)** |
| **Net Profit (Loss) Before Other Income & Expenses** | **(49,059)** | **(266)** | **14,530** | **-** | **-** | **-** | **(34,795)** | **(95,140)** |
| ***Other Income / Expenses:*** | | | | | | | | |
| Other income / expenses | (2,521) | (167) | 10 | (30) | - | - | (2,708) | (17,754) |
| Prior period adjustments | - | - | - | - | - | - | - | (5,706) |
| **Net Profit (Loss) Before Reorganization Items** | **(51,581)** | **(433)** | **14,540** | **(30)** | **-** | **-** | **(37,503)** | **(118,600)** |
| ***Reorganization Items:*** | | | | | | | | |
| U. S. Trustee Quarterly Fees | (8,441) | (87) | (246) | (246) | (246) | (246) | (9,511) | (13,131) |
| Professional Fees | (739,194) | - | - | - | - | - | (739,194) | (986,681) |
| Discontinued Operations Expenses | (263,419) | (447) | (404) | - | - | - | (264,270) | (1,178,484) |
| **Total Reorganization Items** | **(1,011,054)** | **(534)** | **(650)** | **(246)** | **(246)** | **(246)** | **(1,012,975)** | **(2,178,297)** |
| Income Taxes | - | - | - | - | - | - | - | - |
| **Net Profit (Loss)** | **$ (1,062,635)** | **$ (967)** | **$ 13,890** | **$ (276)** | **$ (246)** | **$ (246)** | **$ (1,050,479)** | **$ (2,296,897)** |

**Notes:**
[1] Presentation may not be in accordance with Generally Accepted Accounting Principles.

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Statement of Operations - Continuation Sheet**

| | Juno USA, LP | Juno Oregon LLC | GT Forge, Inc. | Vulcan Cars LLC | Sabo One LLC | Omaha LLC | December Total | Cumulative Filing to Date |
|---|---|---|---|---|---|---|---|---|
| ***Non-Operating Income or Expense:*** | | | | | | | | |
| Mackinac Partners | $ (334,496) | $ - | $ - | $ - | $ - | $ - | $ (334,496) | $ (466,759) |
| Chipman Brown | (142,318) | - | - | - | - | - | (142,318) | (184,539) |
| Omni | (65,000) | - | - | - | - | - | (65,000) | (80,003) |
| Jackson Lewis | (17,582) | - | - | - | - | - | (17,582) | (41,582) |
| DLA | (20,533) | - | - | - | - | - | (20,533) | (50,533) |
| Tuch & Pike | (3,265) | - | - | - | - | - | (3,265) | (7,265) |
| Arent Fox, Dundon Advisors, Morris James | (154,000) | - | - | - | - | - | (154,000) | (154,000) |
| Skadden | (2,000) | - | - | - | - | - | (2,000) | (2,000) |
| Professional Fees | (739,194) | - | - | - | - | - | (739,194) | (986,681) |
| Other Restructuring Expenses | (10,085) | (447) | (404) | - | - | - | (10,937) | (10,937) |
| Write off of remaining TLC license prepaid balance | (253,333) | - | - | - | - | - | (253,333) | (253,333) |
| Write off of fixed assets and leasehold improvements | - | - | - | - | - | - | - | (914,214) |
| Write off of investment in subsidiaries | - | - | - | - | - | - | - | - |
| Discontinued Operations Expenses | (263,419) | (447) | (404) | - | - | - | (264,270) | (1,178,484) |
| U. S. Trustee Quarterly Fees | (8,441) | (87) | (246) | (246) | (246) | (246) | (9,511) | (13,131) |
| **Total Reorganization Items** | **$ (1,011,054)** | **$ (534)** | **$ (650)** | **$ (246)** | **$ (246)** | **$ (246)** | **$ (1,012,975)** | **$ (2,178,297)** |

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Consolidating Balance Sheet - 12/31/2019 (All Entities)**

| Juno<br>Consolidating Balance Sheet - As of 12/31/2019 | Juno USA, LP | Juno Oregon LLC | GT Forge, Inc. | Vulcan Cars LLC | Eliminations | Consolidated [1] |
|---|---|---|---|---|---|---|
| ***ASSETS*** | | | | | | |
| **Cash** | **$ 708,556** | **$ 1,325** | **$ 25,491** | **$ 8,608** | **$ -** | **$ 743,981** |
| **Intercompany Receivables** | **6,475,473** | **-** | **287,456** | **-** | **(6,116,663)** | **646,266** |
| **Trade Receivables** | **17,498** | **-** | **-** | **-** | **-** | **17,498** |
| Prepaid Driver Funding | - | - | - | - | - | - |
| Prepaid Expenses / Other Receivables | 427,074 | 1,865 | 15,630 | - | - | 444,569 |
| **Prepaid Expenses / Other Receivables** | **427,074** | **1,865** | **15,630** | **-** | **-** | **444,569** |
| **Other** | - | - | - | - | - | - |
| **Current Assets** | **7,628,601** | **3,190** | **328,577** | **8,608** | **(6,116,663)** | **1,852,314** |
| Driver Devices - Net | 15,000 | - | - | - | - | 15,000 |
| Other Property & Equipment - Net | - | - | - | - | - | - |
| Rent Deposits and L/Cs | 795,864 | - | 59,733 | - | - | 855,597 |
| Investment in Subsidiaries | - | - | - | - | - | - |
| **Non-Current Assets** | **810,864** | **-** | **59,733** | **-** | **-** | **870,597** |
| **Total Assets** | **$ 8,439,465** | **$ 3,190** | **$ 388,310** | **$ 8,608** | **$ (6,116,663)** | **$ 2,722,911** |
| ***LIABILITIES AND EQUITY*** | | | | | | |
| Drivers | $ - | $ - | $ - | $ - | $ - | $ - |
| Vendors | 5,776 | - | - | - | - | 5,776 |
| Professional Fees | 56,521 | - | - | - | - | 56,521 |
| Credit Cards | - | - | - | - | - | - |
| Other Payables | - | - | - | - | - | - |
| **Accounts Payable** | **62,297** | **-** | **-** | **-** | **-** | **62,297** |
| Accrued Professional Fees | 809,404 | - | - | - | - | 809,404 |
| Employee Accruals | 22,907 | - | - | - | - | 22,907 |
| Accrued Taxes/Fees | 292,285 | 325 | 650 | - | - | 293,260 |
| Other Accrued Expenses | 7,186 | - | 5,000 | - | - | 12,186 |
| Intercompany Payables | - | 161,275 | 2,486 | - | (163,761) | - |
| **Accrued Liabilities** | **1,131,782** | **161,600** | **8,136** | **-** | **(163,761)** | **1,137,757** |
| **Total Liabilities Not Subject to Compromise (Post Petition) [2]** | **1,194,079** | **161,600** | **8,136** | **-** | **(163,761)** | **1,200,054** |
| Intercompany Payables | 257,980 | 5,694,922 | 14,413 | - | (5,952,902) | 14,413 |
| Intercompany Long Term Liabilities | - | - | 101,525,954 | - | - | 101,525,954 |
| Accrued Expenses | 11,269 | - | - | - | - | 11,269 |
| Other Liabilities Subject to Compromise | 322,712 | - | 30,198 | - | - | 352,910 |
| **Total Liabilities Subject to Compromise (Pre Petition)** | **591,961** | **5,694,922** | **101,570,565** | **-** | **(5,952,902)** | **101,904,546** |
| **Total Liabilities** | **1,786,039** | **5,856,522** | **101,578,701** | **-** | **(6,116,663)** | **103,104,600** |
| Share premium | - | - | 6,303,000 | - | (6,303,000) | - |
| Accumulated Deficit | 6,091,053 | (5,853,332) | (107,830,576) | - | 6,303,000 | (101,289,855) |
| Capital reserve | 562,373 | - | 337,185 | 8,608 | - | 908,166 |
| **Total Equity** | **6,653,426** | **(5,853,332)** | **(101,190,391)** | **8,608** | **-** | **(100,381,689)** |
| **Total Liabilities & Equity** | **$ 8,439,465** | **$ 3,190** | **$ 388,310** | **$ 8,608** | **$ (6,116,663)** | **$ 2,722,911** |

**Notes**

[1] Presentation may not be in accordance with Generally Accepted Accounting Principles.

[2] Includes pre-petition payroll, taxes and other expenses authorized by the bankruptcy court for payment.

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Summary of Unpaid Postpetition Debts**

| | As of 12/31/2019 | | | | |
|---|---|---|---|---|---|
| | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
| ***November:*** | | | | | |
| Trade Accounts Payable | $ 4,144 | $ 1,632 | $ - | $ - | $ 5,776 |
| Professional Fees Payable | 56,521 | - | - | - | 56,521 |
| Employee Accruals | 22,907 | - | - | - | 22,907 |
| Accrued Professional Fees | 561,917 | 247,487 | - | - | 809,404 |
| Accrued Taxes/Fees | 293,260 | - | - | - | 293,260 |
| Other Accrued Expenses | 12,186 | - | - | - | 12,186 |
| **Total Postpetition Accounts Payable and Accrued Liabilities [1]** | **$ 950,935** | **$ 249,119** | **$ -** | **$ -** | **$ 1,200,054** |

**Notes**

[1] Includes pre-petition taxes and other expenses authorized by the bankruptcy court for payment.

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Accounts Receivable Reconciliation & Aging**

| Accounts Receivable Reconciliation | December |
|---|---|
| Beginning Accounts Receivable | $ 17,498 |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| **Ending Accounts Receivable** | **17,498** |

| Accounts Receivable Aging | December |
|---|---|
| Current | - |
| 31 - 60 Days | 17,498 |
| 61 - 90 Days | - |
| 91 - 120 Days | - |
| 121 - 150 Days | - |
| Over 150 Days | - |
| **Total Accounts Receivable** | **17,498** |
| Provision For Doubtful Account | - |
| **Accounts Receivable (Net)** | **$ 17,498** |

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Debtor Questionnaire**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**In re:** Juno USA, LP et al.,
Debtors

**Lead Case No:** 19-12484-MFW
**Reporting Period:** 12/01/19 - 12/31/19

**Attachments**

| Description | Attachment |
|---|---|
| NY State and Local Sales and Use Tax Return | **1** |
| Congestion Surcharge Return | **2** |

 DLN: SW1907780618



Department of Taxation and Finance

**Quarterly Recap for Monthly Filers ST-810**

12/19 V1

New York State and Local
Sales and Use Tax Web Filed Return

**Filing period**
09/01/2019 - 11/30/2019

| **Sales tax identification number** ▶ | 47-4295772 |
|---|---|
| **Legal name**<br>JUNO USA, LP | |
| **Mailing address**<br>ONE WORLD TRADE CENTER, #84A<br>1 WORLD TRADE CTR # 84A<br>NEW YORK,NY 10007-0089<br>US | |

**Due date:**
12/20/2019
You will be responsible for penalty and interest if your return is not submitted by this date.

Final return ☑ Amended return ☐

## Business information changes

Has your responsible persons information changed? ..... Yes ☐ No ☑

Has your business address or phone number(s) changed? ..... Yes ☑ No ☐

Is the income from this business being reported "under" the identification number shown above?
Enter the ID number of the entity reporting the income: ☐ ..... Yes ☑ No ☐

## Summary of business activity

| | |
|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) | 23,179,696.00 |
| Total non-taxables sales | |
| Taxable sales facilitated for marketplace sellers | 0.00 |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 23,179,696.00 | 0.00 | 2,057,198.02 |
| | 23,179,696.00 | 0.00 | 2,057,198.02 |

## Final return and out of business information

A ☑ **Business sold or discontinued**

Sold ☐ Insolvent ☐ Deceased ☐ Dissolution ☐ Other ☑ Shut down operations and filed for bankru

Did you change your business entity type (example: sole proprietor to partnership) ..... Yes ☐ No ☑

Did you sell any business assets? ..... Yes ☐ No ☑

| **Last day of business** *(if applicable)* | **Date of sale** | **Sale price** | **Business sold** |
|---|---|---|---|
| 2019-11-18 | | | In whole ☑ In part ☐ |
| **Location of property** | | | |
| **Name and address of purchaser** | | | |
| Was sales tax collected on any taxable items (furniture, fixtures, etc.) included in the sale? ..... Yes ☐ No ☑ | | | |

FOR YOUR RECORDS ONLY DO NOT MAIL



Attachment 1

Sales tax ID number: 47-4295772

**Quarterly Recap for Monthly Filers ST-810**

## Sales and use taxes by jurisdiction

Do you have anything to report on this form for this period? ........ Yes ☑ No ☐

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X Tax rate | = Sales & use tax |
|---|---|---|---|---|---|---|---|
| **NE 8081 New York City/State Combined Tax** | | | | | | | |
| | | | | | **Over collected($):** | | |
| 23,179,696.00 | | 23,179,696.00 | | | 0.00 | 0.08875 | 2,057,198.02 |
| **Column totals:** | | | | | | | |
| 23,179,696.00 | 0.00 | 23,179,696.00 | 0.00 | 0.00 | 0.00 | | 2,057,198.02 |
| | | | | | | **Total tax due from main form and schedules:*** | 2,057,198.02 |

* Total tax due includes any over-collected amounts.

FOR YOUR RECORDS ONLY DO NOT MAIL

Sales tax ID number: 47-4295772

**Quarterly Recap for Monthly Filers ST-810**

## Special taxes

| Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|
| | | | **Total special taxes:** | 0.00 |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* | |
| **Total tax due:** | 2,057,198.02 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments | 2,057,198.00 |
| Additional payments not shown above | 0.00 |
| Overpayment being carried forward from a prior period | 0.00 |
| **Total advance payments:** | 2,057,198.00 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest | 0.00 |
| **Total amount due:** | 0.02 |

## Transaction details

| | |
|---|---|
| **Confirmation number**<br>SW1907780618 | **Transaction date/time**<br>12/20/2019 10:58PM |
| **Tax professional ID**<br>XXX-XX-8472 | **Tax professional name**<br>AHMED EZZOUHAIRY |
| **Submitter phone**<br>(917)379-6541 | **Submitter e-mail**<br>aezzouhairy@gmail.com |
| **Submitted by**<br>AHMED EZZOUHAIRY | |

FOR YOUR RECORDS ONLY DO NOT MAIL

DLN: CSWF2001037857799




Department of Taxation and Finance

# Congestion Surcharge Return

**Tax Law - Article 29-C**

CS-940
01/20 V9

Final return ✓ Amended return ✓

Filing period: **November 1, 2019 - November 30, 2019**
Due date: **12/20/2019**

| Taxpayer identification number **47-4295772** | *For office use only* |
|---|---|
| Legal name **JUNO USA, LP** | |

| | Payment |
|---|---|
| Payment amount | 263,953.25 |

FOR YOUR RECORDS ONLY DO NOT MAIL

**Medallion taxicab trips**

| | | | |
|---|---|---|---|
| 1 | Total number of trips | | |
| 2 | Number of trips subject to the surcharge | | |
| 3 | Medallion taxicab trip surcharge *(multiply amount on* **line 2** *by* **2.50** *)* | | 0 |

**Pool vehicle trips**

| | | | |
|---|---|---|---|
| 4 | Total number of trips | | |
| 5 | Number of trips subject to the surcharge | | |
| 6 | Pool vehicle trip surcharge *(multiply amount on* **line 5** *by* **0.75** *)* | | 0 |

**Other for-hire vehicle trips**

| | | | |
|---|---|---|---|
| 7 | Total number of trips | 302409 | |
| 8 | Number of trips subject to the surcharge | | 95983 |
| 9 | Other for-hire vehicle trip surcharge *(multiply amount on* **line 8** *by* **2.75** *)* | | 263953.25 |

| | | |
|---|---|---|
| 10 | Total surcharge due for the filing period *(add lines 3,6 and 9)* | 263953.25 |
| 11 | Penalty and interest calculated on line 10 amount | 0.00 |
| 12 | Balance due *(add lines 10 and 11)* | 263953.25 |

Attachment 2

## Payment details

**Bank routing number:**
021000089

**Bank name:**
CITIBANK NA

**Bank account number:**
XXXXXX4324

**Account type:**
Business Checking

**Account holder:**
Juno USA, LP

**Payment method:**
Pay from Bank Account

**Payment for:**
Congestion Surcharge Return (CS-940)

**Payment date:**
01/03/2020

**Amount due($):**
263,953.25

**Payment amount($):**
263,953.25

## Transaction details

**Confirmation number:**
CSWF2001037857799

**Tax professional ID:**
XXX-XX-8472

**Submitted by:**
AHMED EZZOUHAIRY

**Transaction date/time:**
01/03/2020 10:54 AM

**Tax professional name:**
AHMED EZZOUHAIRY

FOR YOUR RECORDS ONLY
DO NOT MAIL

Attachment 2