IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-12484 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 130** |

## NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR MARCH 10, 2020 AT 10:30 A.M. (*PREVAILING* EASTERN TIME)

**PLEASE TAKE NOTICE** that the hearing scheduled to be held in the above-captioned Chapter 11 Cases on March 10, 2020 at 10:30 a.m. (*prevailing* Eastern Time) has been cancelled with permission of the Court.

Dated: February 5, 2020
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:        chipman@chipmanbrown.com
              desgross@chipmanbrown.com
              olivere@chipmanbrown.com

*Counsel for the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656). The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.