# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-12484 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRAURY 20, 2020 AT 2:00 P.M. (*PREVAILING* EASTERN TIME)[3]

**I.    UNCONTESTED MATTER GOING FORWARD:**

1. Debtors' Motion for an Order Approving Release, Settlement Agreement and Plan Support Agreement, filed on February 14, 2020 [Docket No. 222].

    Objection Deadline:   At the Hearing.

    Responses Received:  None.

    Related Pleadings:

    A.  Motion of the Debtors for Entry of an Order Shortening the Notice Period Regarding Debtors' Motion for an Order Approving the Release, Settlement Agreement and Plan Support Agreement, filed on February 14, 2020 [Docket No. 223].

    B.  Order Shortening the Time for Notice of the Hearing to Consider the Debtors' Motion for an Order Approving the Release, Settlement Agreement and Plan Support Agreement, entered on February 14, 2020 [Docket No. 224].

    C.  Notice of Motion and Hearing, filed on February 14, 2020 [Docket No. 225].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656).  The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

[2] All amended items appear in **bold**.

[3] The hearing will be held before the Honorable Mary F. Walrath, the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at (866) 582-6878.

    D.    Declaration of Melissa S. Kibler in Support of Debtors' Motion for Order Approving Release, Settlement Agreement and Plan Support Agreement, filed on February 20, 2020 [Docket No. 232].

Status: This matter will go forward.

## II.    CONTESTED MATTERS GOING FORWARD:

2.    Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief, filed on November 19, 2019 [Docket No. 14].

    Objection Deadline:    December 11, 2019 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until December 13, 2019 at 4:00 p.m. (*prevailing* Eastern Time).

    Responses Received:

    A.    Official Committee of Unsecured Creditors' Preliminary Objection to the Motion of the Debtors for Entry of Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Use of Cash Collateral, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief, filed on December 13, 2019 [Docket No. 73].

    Related Pleadings:

    A.    *Interim* Order (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Debtors to Use Cash Collateral, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief, entered on November 21, 2019 [Docket No. 29].

    B.    Notice of Motions and Hearing, filed on November 21, 2019 [Docket No. 32].

    C.    Debtors' Statement and Response to the Official Committee of Unsecured Creditors' Preliminary Objection to Debtors' Post-Petition Financing Motion, filed on December 16, 2019 [Docket No. 81].

    D.    *Second Interim* Order (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Debtors to Use Cash Collateral, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief, entered on December 18, 2019 [Docket No. 105].

    E.    Notice of Filing of Final Order (i) Authorizing Debtors to Obtain Postpetition Secured Financing, (ii) Authorizing the Debtors to Use Cash Collateral, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief, filed on February 18, 2020 [Docket No. 230].

Status: This matter will go forward.

3. Motion for Entry of an Order (i) Approving Debtors' Disclosure Statement, (ii) Establishing Sponsorship Bid Deadline, (iii) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (iv) Establishing Vote Tabulation Procedures, and (v) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Plan, filed on January 6, 2019 [Docket No. 134].

   Objection Deadline: January 29, 2020 at 4:00 p.m. (*prevailing* Eastern Time). The Committee was given an extension of time to respond until February 3, 2020 at 10:00 a.m. (*prevailing* Eastern Time).

   Responses Received:

   A. United States Trustee's Objection to Debtors' Motion to Approve Solicitation Procedures and to the Adequacy of the Debtors' Disclosure Statement, filed on January 29, 2020 [Docket No. 194].

   Related Pleadings:

   A. Debtors' Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code, filed on December 11, 2019 [Docket No. 66].

   B. Disclosure Statement for the Debtors' Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code, filed on December 11, 2019 [Docket No. 67].

   C. Notice of Hearing to Consider Approval of Disclosure Statement for the Debtors' Joint Chapter 11 Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code, filed on January 8, 2020 [Docket No. 139].

   D. Debtors' First Amended Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code, filed on February 18, 2020 [Docket No. 227].

   E. Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code, filed on February 18, 2020 [Docket No. 228].

   F. Notice of Filing of Blackline of Plan and Disclosure Statement, filed on February 18, 2020 [Docket No. 229].

   **G. Notice of Filing of: (1) Revised Proposed Order (i) Approving Disclosure Statement, (ii) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (iii) Establishing Vote Tabulation Procedures, (iv) Establishing Dates Applicable to Bidding Procedures for Plan Sponsorship, and (v) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the First Amended Plan; and (2) Revised Solicitation Materials, filed on February 19, 2020 [Docket No. 234].**

<u>Status</u>: This matter will go forward.

| | |
|---|---|
| Dated: February 19, 2020<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP** |

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email:            chipman@chipmanbrown.com
                     desgross@chipmanbrown.com
                     olivere@chipmanbrown.com

*Counsel to the Debtors and Debtors-In-Possession*